UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                    Plaintiff,

      - against -

JOHN ROE,

                    Defendant.

**ORDER**

22 Civ. 8779 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Plaintiff has moved for an order permitting her to proceed anonymously. (Dkt. No. 4) Rule 4 of the Federal Rules of Civil Procedure provides that "[a] summons must[] . . . name the court and the parties[] . . . [and] be directed to the defendant." Fed. R. Civ. P. 4(a)(1)(A)-(a)(1)(B). Accordingly, if Plaintiff proposes to proceed anonymously as to both Plaintiff and Defendant, Plaintiff must expand her motion to provide justification and legal authority as to both parties. Any such motion is to be filed by **Tuesday, October 25, 2022**. In that motion, Plaintiff is directed to address how she plans to serve Defendant while maintaining his anonymity, in the event that this Court grants her request for both parties to remain anonymous.

Dated: New York, New York
       October 18, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge