UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                        Plaintiff,<br><br>           - against -<br><br>JOHN ROE,<br><br>                        Defendant. | **ORDER**<br><br>22 Civ. 8779 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS Plaintiff Jane Doe filed a Complaint in this action on October 14, 2022;

        WHEREAS by Notice of Motion dated October 17, 2022, Memorandum of Law dated October 17, 2022, and Supplemental Memorandum of Law dated October 25, 2022, Plaintiff requested that the Court permit Plaintiff and Defendant Roe to proceed under pseudonyms and grant a protective order in this action until such time as the Court may order her name disclosed;

        IT IS HEREBY ORDERED THAT Plaintiff's Motion for Leave to Proceed Under Pseudonym and for a Protective Order is GRANTED, and thus Plaintiff and Defendant may proceed under pseudonyms in this action;

        IT IS FURTHER ORDERED THAT Plaintiff and Defendant are each barred from disclosing the other's identity.

        The Clerk of Court is directed to issue the summons as to Defendant Roe.

Dated: New York, New York
October 28, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge