

# KAPLAN HECKER & FINK LLP

**MEMO ENDORSED**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL    jfink@kaplanhecker.com

December 21, 2023

**BY ECF**

The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *Jane Doe v. John Roe*, No. 1:22-CV-08779-DEH

Dear Judge Ho:

    I write to notify the Court that we have received the signed pages of the parties' settlement agreement from the Defendant. Pursuant to the Parties' settlement agreement, Plaintiff has the right to revoke the agreement for seven days after the date of execution, December 21, 2023. Plaintiff therefore asks that the Court keep this action open until December 28, 2023, when the agreement becomes final and irrevocable, at which time we will file a notice of voluntary dismissal.

Respectfully submitted,

Julie Fink

Application GRANTED.  The case is hereby reopened.  Plaintiff shall file a notice of voluntary dismissal or otherwise update the Court on the status of this case by **December 28, 2023**.

SO ORDERED.

The Clerk of Court is respectfully requested to terminate ECF No. 35.

Dale E. Ho
United States District Judge
New York, New York
Dated: December 21, 2023